**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RICARDO ALANIZ** | ) | 1:07-cv-0488-LJO WMW HC |
| Petitioner, | ) ) | **FINDINGS AND RECOMMENDATIONS RE** |
| vs. | ) ) | **DISMISSAL OF PETITION FOR WRIT OF HABEAS** |
| **PEOPLE OF THE STATE OF CALIFORNIA,** | ) ) ) | **CORPUS FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO NAME** |
| Respondent. | ) ) | **CORRECT RESPONDENT** |
| | ) ) | **OBJECTIONS DUE IN 30 DAYS** |

On April 5, 2007, the court entered an order informing Petitioner that he had not named the proper respondent in this case. Petitioner was informed that a petitioner seeking habeas corpus relief under 28 U.S.C. § 2254 must name the state officer having custody of him as the respondent to the petition, and that normally, the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has "day-to-day control over" the petitioner.

In this case, Petitioner names the "People of the State of California" as Respondent.

The court informed Petitioner that his failure to name a proper respondent requires dismissal of his habeas petition for lack of jurisdiction. The court granted THIRTY (30) days from the date of service of the order to file a motion to correct the respondent in this case. Petitioner was expressly warned that his failure to do so would result in recommendations that this case be dismissed.

Thirty days have passed and Petitioner has failed to respond to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this petition for writ of habeas corpus be DISMISSED for failure to obey a court order and failure to name the proper respondent.

These Findings and Recommendation are submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the objections. The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   May 17, 2007**            **/s/  William M. Wunderlich**
                                     UNITED STATES MAGISTRATE JUDGE