**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICARDO ALANIZ**, <br><br> Petitioner, <br><br> vs. <br><br> **PEOPLE OF THE STATE OF CALIFORNIA**, <br><br> Respondent. | 1:07-cv-0488-LJO WMW HC <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO NAME CORRECT RESPONDENT** <br><br> [Doc. 5] |

Petitioner is a state prisoner proceeding pro se and in forma pauperis on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.

On May 18, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to Petitioner that any objections to the findings and recommendations were to be filed within thirty days. Petitioner did not file objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has

1  conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708
2  F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the
3  findings and recommendations to be supported by the record and by proper analysis.
4          Based on the foregoing, it is HEREBY ORDERED  that:
5  1.     The findings and recommendations issued by the Magistrate Judge on
6          May 18, 2007, are adopted in full;
7  2.     The petition for writ of habeas corpus is DISMISSED for failure to obey a court order
8         and failure to name the proper respondent.

11 IT IS SO ORDERED.
12 **Dated:   July 23, 2007**                              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

2